**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

George Michael, et al.
        Plaintiff,

v.               Case No.: 1:10–cv–03897
               Honorable Gary Feinerman

Christine Letchinger, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 14, 2010:

  MINUTE entry before Honorable Gary Feinerman:Status hearing held and continued to 2/8/2011 at 9:30 a.m. As stated in open court, Defendants' supplemental brief(s) regarding the Tax Injunction Act shall be filed (if at all) by 10/28/2010; responses due by 11/18/2010; replies due by 12/2/2010. Response(s) to Village Defendants' motions to dismiss [28][31][34] shall be filed by 11/10/2010; replies due by 12/8/2010. State Defendants' motion to dismiss [19] is under advisement, with ruling to issue by mail.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.