**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE S. MICHAEL, SUSAN MICHAEL, )<br>DOROTHY MICHAEL, and ROBERT C. )<br>MICHAEL, )<br>       )<br>       Plaintiffs,  )<br>       )<br>   v.    )<br>       ) No. 10 CV 3897<br>CHRISTINE LETCHINGER, R. DREW IRVIN, )<br>GERALD NELLESSEN, PETER FRIEDMAN, ) Hon. Gary Feinerman,<br>KATHLEEN O'HARA, BRIAN HAMER, ) Judge Presiding<br>SUSAN GARRETT and the VILLAGE OF )<br>LAKE BLUFF, a municipality, )<br>       )<br>       Defendants.  ) | |

**NOTICE OF FILING**

**TO:**   See attached Service List

   **PLEASE TAKE NOTICE** that on November 14, 2010, I filed electronically with the Clerk of Court for the U.S. District Court for the Northern District of Illinois, at 219 S. Dearborn Street in Chicago, Illinois, Plaintiffs' **Response to Susan Garrett's and Brian Hamer's Supplemental Memorandum**, a copy of which is herewith served upon you.

**/s/Richard S. Zachary**
RICHARD S. ZACHARY P.C.
Attorneys for Plaintiffs
2117 W. Grand Ave.
Chicago, Illinois 60612
Phone: (312) 795-9003
Bar No. 6197914

**ATTORNEY'S CERTIFICATE OF SERVICE**

   The undersigned Attorney certifies that he served this Notice and any referenced pleadings upon the attorneys at the above address by means of e-mail on November 15, 2010.

                                                                                    **/s/Richard S. Zachary**

**SERVICE LIST**

Peter Friedman
Andrew N. Fiske
James T. Mueller
HOLLAND & KNIGHT, LLP
131 South Dearborn St., Suite 3000
Chicago, IL 60603


S. Ann Walls
Meaghan O. Maine
Assistant Attorneys General
General Law Bureau
100 W. Randolph, 13th Floor
Chicago, IL 60601


James L. DeAno
Howard P. Levine
DeAno and Scarry LLC.
2100 Manchester Road, Suite A 101
Wheaton, IL 60187