**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:10-cv-3897 |
| George Michael et al. vs. Christine Letchinger et al | Judge Gary Feinerman |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

GEORGE S. MICHAEL, SUSAN MICHAEL, DOROTHY MICHAEL AND ROBERT C. MICHAEL

| |
|---|
| NAME (Type or print) LAWRENCE M. KARLIN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/*Lawrence M. Karlin* |
| FIRM KARLIN EIDE LLP |
| STREET ADDRESS 651 W. Washington Street, Suite 205 |
| CITY/STATE/ZIP Chicago, IL 60661 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3125137 | TELEPHONE NUMBER 312-845-2515 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL    APPOINTED COUNSEL |