IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MICHAEL and SUSAN MICHAEL, ) | |
| ) | |
| Plaintiffs, ) | 10 CV 3897 |
| ) | |
| v. ) | Judge Feinerman |
| ) | |
| CHRISTINE LETCHINGER, R. DREW IRVIN, ) | Magistrate Judge Cox |
| GERALD NELLESSEN and PETER FRIEDMAN, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

Plaintiffs, George S. Michael, individually and as guardian for Dorothy Michael, and Susan Michael, and Defendants, Christine Letchinger, R. Drew Irvin, Gerald Nellessen, and Peter Friedman, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate that:

(1) the claims asserted by George Michael and Susan Michael under 42 U.S.C. § 1983 against defendants Christine Letchinger, R. Drew Irvin, Gerald Nellessen, and Peter Friedman be voluntarily dismissed with prejudice, with each party bearing its own costs and attorneys' fees; and

(2) the dismissal of the state law tort claim of Dorothy Michael against defendant Kathleen O'Hara, the state law tort claim of Susan Michael against defendant Gerald Nellessen, and the claim of George Michael and Susan Michael under 42 U.S.C. § 1983 against defendant Susan Garrett entered on August 5, 2011 shall stand and shall be deemed a dismissal with prejudice, with each party bearing its own costs and attorneys' fees.

| | |
|---|---|
| GEORGE S. MICHAEL, individually and as guardian of Dorothy Michael, and SUSAN MICHAEL | CHRISTINE LETCHINGER, R. DREW IRVIN, GERALD NELLESSEN, PETER FRIEDMAN, and KATHLEEN O'HARA |
| By: _____/s/ David A. Eide_____<br>One of Their Attorneys | By:/s/Howard P. Levine - by permission<br>One of Their Attorneys |
| Lawrence M. Karlin (#3125137)<br>David A. Eide (#6199184)<br>KARLIN EIDE LLP<br>651 W. Washington St., Ste. 205<br>Chicago, IL 60661<br>312/260-7720 | James L. DeAno (#6180161)<br>Laura L. Scarry (#6231266)<br>Howard P. Levine (#6197286)<br>Emily E. Schnidt (#6298680)<br>DEANO AND SCARRY, LLC<br>53 West Jackson Boulevard<br>Suite 550<br>Chicago, IL 60604<br>630/690-2800 |

Dated: August 3, 2012

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on August 3, 2012, the foregoing **STIPULATION TO DISMISS** was filed through the Court's CM/ECF system and thereby served on all counsel of record.

*/s/ David A. Eide*