**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE S. MICHAEL and SUSAN MICHAEL, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | 10 CV 3897 |
| | ) | |
| v. | ) | Judge Feinerman |
| | ) | |
| CHRISTINE LETCHINGER, R. DREW IRVIN, | ) | Magistrate Judge Cox |
| GERALD NELLESSEN and PETER FRIEDMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS PURSUANT TO STIPULATION

Plaintiffs, George S. Michael, individually and as guardian for Dorothy Michael, and Susan Michael, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to the Stipulation to Dismiss filed concurrently herewith, hereby move for the entry of an Order:

(1)    voluntary dismissing with prejudice the claims asserted by George Michael and Susan Michael under 42 U.S.C. § 1983 against defendants Christine Letchinger, R. Drew Irvin, Gerald Nellessen, and Peter Friedman, with each party bearing its own costs and attorneys' fees; and

(2)    and providing that the dismissal of the state law tort claim of Dorothy Michael against defendant Kathleen O'Hara, the state law tort claim of Susan Michael against defendant Gerald Nellessen, and the claim of George Michael and Susan Michael under 42 U.S.C. § 1983 against defendant Susan Garrett entered on August 5, 2011 shall stand and shall be deemed a dismissal with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

GEORGE S. MICHAEL, individually and
as guardian for Dorothy Michael, and
SUSAN MICHAEL

By: _____ /s/ David A. Eide _____
        One of Their Attorneys

Lawrence M. Karlin (#3125137)
David A. Eide (#6199184)
KARLIN EIDE LLP
651 W. Washington St., Ste. 205
Chicago, IL 60661
312-260-7720

Dated: August 3, 2012

42177

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on August 3, 2012, the foregoing **PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS PURSUANT TO STIPULATION** was filed through the Court's CM/ECF system and thereby served on all counsel of record.

_/s/ David A. Eide_

42177