## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

George Michael, et al.

        Plaintiff,

v.               Case No.: 1:10–cv–03897
                Honorable Gary Feinerman

Christine Letchinger, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 6, 2012:

  MINUTE entry before Honorable Gary Feinerman: The remaining parties having filed a stipulation to dismiss [152], the 8/23/2012 status hearing [151] is stricken. Plaintiffs' voluntary Motion to dismiss [153] is denied as moot. Motion hearing scheduled for 8/23/2012 [154] is stricken. All pending motions [143] are moot. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.